HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JEREMIAH JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-0264-JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO WAIVE PRELIMINARY EXAMINATION AND SET FOR ADMIT/DENY |
| JEREMIAH JEFFERSON, | |
| Defendant. | Date: November 16, 2023<br>Time: 2:00 p.m.<br>Court: Hon. Kendall J. Newman |

JEREMIAH JEFFERSON, through counsel, Assistant Federal Defender Meghan D. McLoughlin, hereby waives his right to a preliminary examination in the above matter.

It is hereby stipulated by and between Adrian Kinsella, Assistant United States Attorney, attorney for Plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, attorney for JEREMIAH JEFFERSON, that the preliminary examination scheduled for November 16, 2023 be vacated and that the above-captioned case be set for an admit/deny hearing on January 9, 2024 at 9:00 a.m. U.S. Probation Officer Talia Carrubba-Katz is available to appear at that time.

//

//

//

//

//

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 9, 2023 | */s/ Meghan D. McLoughlin*<br>MEGHAN D. McLOUGHLIN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JEREMIAH JEFFERSON |
| Dated: November 9, 2023 | */s/ Adrian Kinsella*<br>ADRIAN KINSELLA<br>Assistant United States Attorney |

*United States v. Jefferson* – Stipulation; Order

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Jefferson's preliminary examination set for November 16, 2023 is vacated and his admit/deny hearing is set for January 9, 2024.

DATED: November 9, 2023        /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE